UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-__00252-HZ_____ |
| v. | INFORMATION |
| GABRIEL REED HUSTON, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**.

**COUNT 1**
**(Assault on a Federal Officer)**
**(41 C.F.R. § 102-74.385)**

On or about July 22, 2020, in the District of Oregon, defendant **GABRIEL REED HUSTON** did forcibly assault Agent Victim 1 (AV-1), a federal officer while said officer was engaged in the performance of his official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: July 22, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney