BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00252-HZ |
| v. | |
| **GABRIEL REED HUSTON,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: December 4, 2020

                                                          Respectfully submitted,

                                                          BILLY J. WILLIAMS
                                                          United States Attorney

                                                          s/ *Pamela Paaso*
                                                          PAMELA PAASO
                                                          Assistant United States Attorney